**No. 10-291. John Tyler Clemons, et al., Appellants v. Department of Commerce, et al.**

562 U.S. 1105, 131 S. Ct. 821, 178 L. Ed. 2d 552, 2010 U.S. LEXIS 9702.

December 13, 2010. On appeal from the United States District Court for the Northern District of Mississippi. Judgment vacated, and case remanded to United States District Court for the Northern District of Mississippi with instructions to dismiss the complaint for lack of jurisdiction.

Same case below, 710 F. Supp. 2d 570.

**No. 10-6912. Marlin E. Jones, Petitioner v. Jonathan J. Blum.**

562 U.S. 1105, 131 S. Ct. 827, 178 L. Ed. 2d 552, 2010 U.S. LEXIS 9671.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

Same case below, 391 Fed. Appx. 573.

**No. 10-6924. Anthony Benjamin, Petitioner v. Mrs. Booker, et al.**

562 U.S. 1105, 131 S. Ct. 828, 178 L. Ed. 2d 552, 2010 U.S. LEXIS 9662.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

**No. 10-7213. Connell Spain, Petitioner v. Texas Medical Board Disciplinary Committee.**

562 U.S. 1105, 131 S. Ct. 850, 178 L. Ed. 2d 552, 2010 U.S. LEXIS 9665.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Texas dismissed. See Rule 39.8.

**No. 10-7275. Anthony Benjamin, Petitioner v. Lorettan Wallace, et al.**

562 U.S. 1105, 131 S. Ct. 835, 178 L. Ed. 2d 552, 2010 U.S. LEXIS 9734.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.